IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

  v.

Case No. 19-cv-765-jdp

TONY EVERS, KEVIN CARR,
WARDEN FOSTER and RYAN
RUEPPER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |